## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

THE HANOVER INSURANCE
COMPANY, a New Hampshire
corporation,

          Plaintiff,

v.

ANTONINO GIANNOLA, an individual,
PATRICIA ANDROMACHI GIANNOLA,
an individual, MICHELE BIUNDO, an
individual, and MARIA BIUNDO, an
individual,

          Defendants.

Case No. 2:09-cv-14200-MOB-MKM

Hon. Marianne O. Battani

---

### PLAINTIFF'S *EX-PARTE* MOTION TO STRIKE EXHIBIT B OF THE VERIFIED COMPLAINT AND EXHIBIT A OF HANOVER'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

      The Hanover Insurance Company moves *Ex Parte* and asks this Court to strike Exhibit B relative to the Complaint (Document No. 1), and Exhibit A relative to the Motion (Docket No. 2) of Case No. 2:09-cv-14200, because the documents contain social security number(s) in the Agreements of Indemnity that need to be redacted from Exhibit B of the Complaint and Exhibit A of the Motion.

Respectfully Submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: ./s/ Jacquelyn A.K. Stanyer
    Mark M. Cunningham (P38408)
    Jacquelyn A.K. Stanyer (P69403)
    Attorneys for Plaintiff, The Hanover Insurance Company
    500 Woodward Ave, Suite 2500
    Detroit, Michigan 48226
    (313) 961-0200
    (313) 961-0388 (fax)
    mmc@krwlaw.com
    jas@krwlaw.com

Dated: October 28, 2009